MILDRED WARNE, PLAINTIFF-RESPONDENT, v. DEAL GARDENS, INC., DEFENDANT-PETITIONER.

*Mr. Nicholas Martini* and *Mr. Sam Weiss,* for the petitioner.

*Mr. Edward W. Currie,* for the respondent.

May 12, 1970. Denied.

ROCKY BIRCH, INC t/a ROCKY CASTELLANI'S SPORTS BAR, PLAINTIFF-PETITIONER, v. THE BOARD OF COMMISSIONERS OF THE CITY OF ATLANTIC CITY, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Messrs. Piarulli & Vittori,* for the petitioner.

*Mr. George F. Kugler, Jr.* and *Mrs. Virginia Long Annich,* for the respondents.

May 12, 1970. Denied.

INTERSTATE WRECKING CO., INC., PLAINTIFF-RESPONDENT, v. PALISADES INTERSTATE PARK COMMISSION, DEFENDANT-PETITIONER AND CLARKE & RAPUANO, INC., DEFENDANT-RESPONDENT.

See same case below: 109 *N. J. Super.* 152.

*Mr. George F. Kugler, Jr., Mr. Stephen Skillman;* and *Mr. Louis J. Lefkowitz, Mrs. Ruth Kessler Toch, Mr. Julius L. Sackman* and *Mr. J. Joseph Murphy,* all of the New York Bar, for the petitioner.

*Messrs. Hughes, McElroy, Connell, Foley & Geiser, Mr. Richard D. Catenacci, Messrs. Hueston & Hueston,* and *Mr. Clifford J. Sheehan,* for the respondents.

May 12, 1970. Granted.